UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3·27·19

---

MIGUEL ANGEL MALDONADO, individually
and on behalf of others similarly
situated,

                    Plaintiffs,

- against -

SK 1448 INC. ET AL.,

                    Defendants.

18-cv-11418 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has reviewed the proposed settlement agreement and the letter from plaintiff's counsel submitted March 26, 2019. (Docket No. 20). The Court finds that the proposed settlement is fair and reasonable and should be implemented. However, given the minimal amount of work that produced the settlement, and given the lodestar cross-check, the appropriate attorney's fee is $3,570, together with costs of $614, for a total of $4,184, which is to be deducted from the total settlement amount of $18,000. This award of attorney's fees and costs is to be paid by taking a proportionate amount of each settlement payment, which is payable under the terms of the settlement agreement.

    The Clerk is directed to enter judgment dismissing this case in accordance with the settlement agreement. The Court retains jurisdiction to enforce the terms of the settlement

agreement. The Clerk is directed to close this case and to close any pending motions.

**SO ORDERED.**

**Dated:**  **New York, New York**
         **March 26, 2019**

_____
         **John G. Koeltl**
         **United States District Judge**